# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| TERESA READNOWER | : | Case No. C-1-01-654 |
| | : | J. Weber |
| Plaintiff, | : | |
| | : | |
| vs. | : | **PLAINTIFF'S MOTION FOR** |
| | : | **EXTENSION OF TIME** |
| GENERAL IONICS, INC. | : | |
| | : | |
| Defendant. | : | |

Comes now Plaintiff Teresa Readnower and requests a short extension of time, until November 6, 2003, to file her Proposed Jury Instructions.

Respectfully submitted,

/s/ Megan E. Clark
Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Sheila M. Smith (0065115)
Trial Attorneys for Plaintiff Teresa Readnower
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975

## CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

                                                          /s/ Megan E. Clark