IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

READNOWER,

    Plaintiff

v                                       Civil: C-1-01-654

GENERAL IONICS,

    Defendant

## ORDER

Parties are advised that the above styled case is SCHEDULED for Jury Selection and Trial on Monday, December 8, 2003 at 9:00 a.m.  Counsel shall appear with their client and/or a representative with settlement authority for a Final Pretrial Conference on Wednesday, November 19, 2003 at 1:30 p.m.

Counsel are further advised that the above settings are subject to previously scheduled criminal proceedings.

**IT IS SO ORDERED.**

                                                 **s/Herman J. Weber**
                                          **Herman J. Weber, Senior Judge**
                                          **United States District Court**