IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA READNOWER,

    Plaintiff

v                                      Civil: C-1-01-654

GENERAL IONICS,

    Defendant

## ORDER

Defendant's Motion for Extension of Time (#56) is GRANTED. Defendant shall submit their Exhibits to the Court by November 14, 2003.

**IT IS SO ORDERED.**

                                                          s/Herman J. Weber
                                                 **Herman J. Weber, Senior Judge**
                                                 **United States District Court**