UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Teresa Readnower, | : |
| | : |
| Plaintiff, | : |
| | : Case No. C-1-01-654 |
| vs. | : |
| | : Judge Weber |
| General Ionics, Inc., | : |
| c/o Prentice Hall Corp. System, | : |
| | : |
| Defendant. | : |

**NOTICE OF APPEARANCE**

Joel H. Mirman, of the law firm of Buckingham, Doolittle & Burroughs, LLP, hereby enters his appearance as counsel for Defendant, General Ionics, Inc.

Respectfully submitted,

/s/ Jan E. Hensel
Jan E. Hensel, Esq. (0040785) TRIAL ATTORNEY
Joel H. Mirman, Esq. (0004904)
Kimberly Cocroft, Esq. (0073146)
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
Phone: 614/221-8448  Fax: 614/221-8590
jhensel@bdblaw.com
Attorneys for Defendant
General Ionics, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail, to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

            /s/ Jan E. Hensel
Jan E. Hensel

«CO2:268102_1»