UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Teresa Readnower, | : |
| | : |
|     Plaintiff, | : |
| | :   Case No. C-1-01-654 |
| vs. | : |
| | :   Judge Weber |
| General Ionics, Inc., | : |
| c/o Prentice Hall Corp. System, | : |
| | : |
|     Defendant. | : |

**NOTICE OF APPEARANCE**

    Kimberly Cocroft, of the law firm of Buckingham, Doolittle & Burroughs, LLP, hereby enters his appearance as counsel for Defendant, General Ionics, Inc.

                      Respectfully submitted,

                        /s/ Jan E. Hensel
                  Jan E. Hensel, Esq. (0040785) TRIAL ATTORNEY
                  Joel H. Mirman, Esq. (0004904)
                  Kimberly Cocroft, Esq. (0073146)
                  BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
                  191 W. Nationwide Blvd., Suite 300
                  Columbus, Ohio 43215
                  Phone: 614/221-8448  Fax: 614/221-8590
                  jhensel@bdblaw.com
                  Attorneys for Defendant
                  General Ionics, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail, to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

              /s/ Jan E. Hensel
              Jan E. Hensel

«CO2:268103_1»