UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Teresa Readnower,

    Plaintiff,

vs.

General Ionics, Inc.,
c/o Prentice Hall Corp. System,

    Defendant.

Case No. C-1-01-654

Judge Spiegel

## DEFENDANT'S REVISED ANSWER TO PLAINTIFF'S INTERROGATORY NO. 6(a)

Defendant, General Ionics, Inc., hereby submits its revised response to Plaintiff's Interrogatory No. 6(a).

**Interrogatory No. 6:**    a)    Identify by name and job title all persons who played any role whatsoever in the decision to terminate Plaintiff.

**ANSWER:**    David McKinley, Director of Operations
Daniel Goins, General Manager
Julie Seger, Human Resources Director, Bridgeville Division, Ionics, Inc.

*/s/ Jan E Hensel*
Jan E. Hensel (#0040785) TRIAL ATTORNEY
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215-3506
Phone: (614) 221-8448 Fax: (614) 221-8590
E-mail: jhensel@bdblaw.com
Attorneys for Defendant
General Ionics

1