BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
Attorneys & Counselors at Law
*Experience. Service. Excellence.*℠

191 West Nationwide Blvd
PO Box 151120, Columbus, Ohio 43215-8120
614.221.8448 Fax 614.221.8590 www.bdblaw.com

Akron
Boca Raton
Canton
Cleveland
Columbus

**Jan E. Hensel**
614.227.4267 jhensel@bdblaw.com
800.686.2825

October 30, 2002

Megan Clark
Freking & Betz
215 E. 9th Street, 5th Floor
Cincinnati, Ohio 45202

**Re:** ***Teresa Readnower v. General Ionics***
**Case No. C-1-01-654**

Dear Megan:

Enclosed please find a revised response to Plaintiff's Interrogatory No. 6(a).

Very truly yours,

Jan E Hensel

Jan E. Hensel

JEH/pmj
Enclosure

«CO2:236442_1»

NOV 21 2003 16:29 FR TO 13302525283 P.02/03

Megan Clark
October 29, 2002
Page 2

bcc: Ms. Julie Seger
Mr. Martin Schaefer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon Megan Clark, Freking & Betz, Attorney for Plaintiff, 215 E. 9th Street, 5th Floor, Cincinnati, Ohio 45202, by regular U.S. Mail, postage prepaid, this 30 day of October, 2002.

Jan E. Hensel

Jan E. Hensel