UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Teresa Readnower,

    Plaintiff,

vs.

General Ionics, Inc.,
c/o Prentice Hall Corp. System

    Defendant.

Case No. C-1-01-654

Judge Spiegel

## DEFENDANT'S CORRECTED REVISED ANSWER TO PLAINTIFF'S INTERROGATORY NO. 6(a)

Defendant, General Ionics, Inc., hereby submits its revised response to Plaintiff's Interrogatory No. 6(a).

**Interrogatory No. 6:** a) Identify by name and job title all persons who played any role whatsoever in the decision to terminate Plaintiff.

**ANSWER:** David McKinley, Director of Operations
Julie Seger, Human Resources Director, Bridgeville Division, Ionics, Inc.
Marianne-Manson-Winsser, Director of Human Resources, Ionics, Inc.

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon Megan Clark, Freking & Betz, Attorney for Plaintiff, 215 E. 9th Street, 5th Floor, Cincinnati, Ohio 45202, by regular U.S. Mail, postage prepaid, this ___6___ day of November, 2002.

*Jan E. Hensel*
Jan E. Hensel

## VERIFICATION

I, Julie Seger, hereby swear that the above corrected revised answer to Interrogatory No. 6(a) is true to the best of my personal knowledge.

_____
Julie Seger

Sworn to before me and subscribed in my presence this _11_ day of November, 2002.

_____
Notary Public

> Notarial Seal
> Amy K. Scott, Notary Public
> Bethel Park Boro, Allegheny County
> My Commission Expires July 9, 2005

«CO2:236438_1»

3

# BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

Attorneys & Counselors at Law

*Experience. Service. Excellence.*℠

191 West Nationwide Blvd
PO Box 151120, Columbus, Ohio 43215-8120
614.221.8448  Fax 614.221.8590  www.bdblaw.com

Akron
Boca Raton
Canton
Cleveland
Columbus

**Jan E. Hensel**
614.227.4267   jhensel@bdblaw.com
800.686.2825

November 6, 2002

Megan Clark
Freking & Betz
215 E. 9th Street, 5th Floor
Cincinnati, Ohio 45202

Re:  *Teresa Readnower v. General Ionics*
     Case No. C-1-01-654

Dear Megan:

Enclosed is Defendant's Corrected Revised Answer to Plaintiff's Interrogatory No. 6(a). The Revised Answer forwarded to you on October 30 incorrectly deleted Marianne Manson-Winnser instead of Daniel Goins. A signed verification page will be forwarded under separate cover.

Very truly yours,

*Jan E Hensel*

Jan E. Hensel

JEH/pmj
Enclosure

«CO2:237120_1»

Megan Clark
November 6, 2002
Page 2


bcc:   Ms. Julie Seger
       Mr. Martin Schaefer