UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - JOINT FINAL PRETRIAL CONFERENCE**

READNOWER

        -vs-                        CASE NO. C-1-01-654

GENERAL IONICS, INC.

---

COURT PERSONNEL PRESENT:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

DATE: Wednesday, November 19, 2003
TIME: 1:30 p.m. - 3:30 p.m.

**PRESENT:**

For Plaintiff: Randall Freking and Megan Clark
For Defendant: Jan E. Hensel and David McKinley (Company Representative)

**DOCKET ENTRY:**

Case called before J. Weber for **a Final Pretrial Conference. Settlement discussions held. Trial date of December 8, 2003 at 9:00 a.m.**   Joint Final Pretrial Order not filed - to be amended.


J:\HJWB\01-654.wpd