**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| TERESA READNOWER | : | Case No. C-1-01-654 |
| | : | J. Weber |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GENERAL IONICS, INC. | : | **NOTICE OF APPEARANCE** |
| | : | **OF CO-COUNSEL** |
| Defendant. | : | |

Plaintiff hereby provides notice of the appearance of Randolph H. Freking, of the law firm Freking & Betz, as co-counsel with Megan E. Clark in this matter.

Respectfully submitted,

/s/ Randolph H. Freking
Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Sheila M. Smith (0065115)
Trial Attorneys for Plaintiff Teresa Readnower
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975
randy@frekingandbetz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Randolph H. Freking