## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| TERESA READNOWER | : | Case No. C-1-01-654 |
| | : | J. Weber |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | **NOTICE OF VIDEOTAPE** |
| GENERAL IONICS, INC. | : | **TRIAL DEPOSITION OF** |
| | : | **JILL W. BLEY Ph.D.** |
| Defendant. | : | |

Plaintiff Teresa Readnower hereby gives notice for the taking of the trial deposition of JILL W. BLEY, Ph.D., upon oral examination at the medical offices of Jill W. Bley, Ph.D., 750 Redbud Avenue, Cincinnati, OH 45229, beginning at 8:30 a.m. on Friday, December 5, 2003.

Respectfully submitted,

    /s/ Randolph H. Freking
Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Sheila M. Smith (0065115)
Trial Attorneys for Plaintiff Teresa Readnower
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975
*Mclark@frekingandbetz.com*
*Randy@frekingandbetz.com*

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on this 25th day of November, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.

    /s/ Randolph H. Freking