UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Teresa Readnower, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | Case No. C-1-01-654 |
| vs. | : | |
| | : | Judge Weber |
| General Ionics, Inc., | : | |
| | : | |
|    Defendant. | : | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant, General Ionics, Inc., hereby requests the Court for a short extension of time, until November 26, 2003, to submit its Jury Interrogatories to the Court. A Memorandum in Support is attached to this Motion.

                                                    Respectfully submitted,

                                                      /s/ Jan E. Hensel
                                           Jan E. Hensel, Esq. (0040785) TRIAL ATTORNEY
                                           Joel H. Mirman, Esq. (0004904)
                                           Kimberly Cocroft, Esq. (0073146)
                                           BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
                                           191 W. Nationwide Blvd., Suite 300
                                           Columbus, Ohio  43215
                                           Phone:  614/221-8448  Fax:  614/221-8590
                                           jhensel@bdblaw.com
                                           jmirman@bdblaw.com
                                           Attorneys for Defendant
                                           General Ionics, Inc.

## MEMORANDUM IN SUPPORT

This Court established November 24, 2003 as the deadline for submission of Jury Interrogatories. In managing the various aspects of trial preparation, counsel for Defendant inadvertently missed the deadline. As such, counsel for Defendant General Ionics, Inc. requests that the Court grant permission for a short extension of two days, from November 24, 2003 to November 26, 2003, for filing its Jury Interrogatories.

        Respectfully submitted,

        /s/ Jan E. Hensel
Jan E. Hensel, Esq. (0040785) TRIAL ATTORNEY
Joel H. Mirman, Esq. (0004904)
Kimberly Cocroft, Esq. (0073146)
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
Phone: 614/221-8448  Fax: 614/221-8590
jhensel@bdblaw.com
jmirman@bdblaw.com
Attorneys for Defendant
General Ionics, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail, to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Jan E. Hensel
                                              Jan E. Hensel

«CO2:268588_1»