## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Teresa Readnower, | : |
| | : |
| Plaintiff, | : |
| | : Case No. C-1-01-654 |
| vs. | : |
| | : Judge Weber |
| General Ionics, Inc., | : |
| | : |
| Defendant. | : |

## **DEFENDANT GENERAL IONICS JURY INTERROGATORIES**

Defendant, General Ionics, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 49(b), requests that the following interrogatories be submitted to the jury.

Respectfully submitted,

    /s/ Jan E. Hensel
Jan E. Hensel (#0040785) TRIAL ATTORNEY
Joel H. Mirman (#0004904)
Kimberly Cocroft (#0073146)
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio  43215
(614) 221-8448/(614) 221-8590 Fax
jhensel@bdblaw.com
Attorneys for Defendant,
General Ionics

## JURY INTERROGATORY NO. 1

Do you find that Plaintiff Teresa Readnower engaged in protected activity under Title VII?[1]

YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____        _____

_____        _____

_____        _____

_____        _____

If the answer of six or more jurors to Interrogatory No. 1 is "yes", move to Interrogatory No. 2. If the answer of six or more jurors to Interrogatory No. 1 is "no", move to Interrogatory No. 5.

---

[1] This Interrogatory will not be necessary if the parties stipulate to the fact that Plaintiff engaged in protected activity, which Defendant is willing to do.

## JURY INTERROGATORY NO. 2

Do you find that Defendant knew Plaintiff was exercising her civil rights when she engaged in protected activity?[2]

    YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____    _____

_____    _____

_____    _____

_____    _____

If the answer of six or more jurors to Interrogatory No. 2 is "yes", move to Interrogatory No. 3.  If the answer of six or more jurors to Interrogatory No. 2 is "no", move to Interrogatory No. 5.

---

[2] This Interrogatory will not be necessary if the parties stipulate to the fact that Plaintiff engaged in protected activity, which Defendant is willing to do.

## JURY INTERROGATORY NO. 3

Do you find that there is a causal connection between Plaintiff's protected activity and Defendant's adverse employment action?

    YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____        _____

_____        _____

_____        _____

_____        _____

If the answer of six or more jurors to Interrogatory No. 3 is "yes", move to Interrogatory No. 4. If the answer of six or more jurors to Interrogatory No. 3 is "no", move to Interrogatory No. 5.

## JURY INTERROGATORY NO. 4

Do you find that the conduct which you found in answers to Interrogatories 1, 2 and 3 constitutes retaliation as explained to you by the Court?

    YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____    _____

_____    _____

_____    _____

_____    _____

Please proceed to Interrogatory No. 5.

## JURY INTERROGATORY NO. 5

Do you find that Plaintiff availed herself of a protected right under the FMLA?[3]

      YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____   _____

_____   _____

_____   _____

_____   _____

If the answer of six or more jurors to Interrogatory No. 5 is "yes", move to Interrogatory No. 6. If the answer of 6 or more jurors to Interrogatory No. 5 is "no", move to Interrogatory No. 8.

---

[3] This Interrogatory will not be necessary if the parties stipulate to the fact that Plaintiff engaged in protected activity, which Defendant is willing to do.

## JURY INTERROGATORY NO. 6

Do you find that there is a causal connection between Plaintiff's exercise of a right under the FMLA and her termination?

       YES       NO    **CIRCLE YOUR ANSWER IN INK**

_____       _____

_____       _____

_____       _____

_____       _____

If the answer of six or more jurors to Interrogatory No. 6 is "yes", move to Interrogatory No. 7. If the answer or six or more jurors to Interrogatory No. 6 is "no", move to Interrogatory No. 8.

## **JURY INTERROGATORY NO. 7**

Do you find that the conduct which you found in answers to Interrogatories 5 and 6 constitutes retaliatory discharge under the FMLA?

    YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____        _____

_____        _____

_____        _____

_____        _____

Please proceed to Interrogatory No. 8.

## **JURY INTERROGATORY NO. 8**

Do you find that Plaintiff has proven that her termination was based on both legitimate and illegitimate motives?

      YES          NO    **CIRCLE YOUR ANSWER IN INK**

_____     _____

_____     _____

_____     _____

_____     _____

Please proceed to Interrogatory No. 9.

## **JURY INTERROGATORY NO. 9**

Do you find that Defendant had a legitimate, non-retaliatory reason for Plaintiff's termination?

   YES   NO  **CIRCLE YOUR ANSWER IN INK**

_____    _____

_____    _____

_____    _____

_____    _____

If the answer of six or more jurors to Interrogatory No. 9 is "yes", do not answer the remaining interrogatories, sign the general verdict for Defendant, and report to the Court that you have completed your deliberations. If the answer of six or more jurors to Interrogatory No. 9 is "no", move to Interrogatory No. 10.

# JURY INTERROGATORY NO. 10

Do you find that Plaintiff Teresa Readnower suffered injury, damage or harm as a direct and proximate result of the conduct of Defendant General Ionics?

    YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____        _____

_____        _____

_____        _____

_____        _____

If the answer of six or more jurors to Interrogatory No. 10 is "yes", move to Interrogatory No. 11. If the answer of six or more jurors to Interrogatory No. 10 is "no", do not answer the remaining interrogatories, sign the general verdict for the Defendant, and report to the Court that you have completed your deliberations.

# JURY INTERROGATORY NO. 11

Do you find that Plaintiff Teresa Readnower suffered emotional distress as a result of improper conduct of Defendant General Ionics?

    YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____    _____

_____    _____

_____    _____

_____    _____

Please proceed to Interrogatory No. 12.

## JURY INTERROGATORY NO. 12

Do you find that Plaintiff attempted to mitigate her damages by seeking out or taking advantage of a business or employment opportunity that was reasonably available?

    YES        NO    **CIRCLE YOUR ANSWER IN INK**

_____    _____

_____    _____

_____    _____

_____    _____

Please proceed to Interrogatory 13.

## JURY INTERROGATORY NO. 13

State the total amount that Plaintiff could have earned if she had mitigated her damages.

    State your answer and figures in ink.    $_____

_____    _____

_____    _____

_____    _____

_____    _____

    Please proceed to Interrogatory No. 14.

## JURY INTERROGATORY NO. 14

State the total amount of compensatory damages, minus mitigation damages, to which you, the jurors, believe Plaintiff Teresa Readnower is entitled.

    State your answer and figures in ink.　　　$_____

_____　　　_____

_____　　　_____

_____　　　_____

_____　　　_____

    Please proceed to Interrogatory No. 15.

## JURY INTERROGATORY NO. 15

State the total amount of punitive damages, if any, to which you, the jurors, believe Plaintiff Teresa Readnower is entitled.

    State your answer and figures in ink.    $_____

_____    _____

_____    _____

_____    _____

_____    _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Teresa Readnower, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. C-1-01-654 |
| vs. | : | |
| | : | Judge Weber |
| General Ionics, Inc., | : | |
| | : | |
| Defendant. | : | |

**<u>GENERAL VERDICT FORM FOR DEFENDANT
GENERAL IONICS.</u>**

We, the undersigned jurors, find in favor of Defendant General Ionics and against Plaintiff Teresa Readnower.

_____      _____

_____      _____

_____      _____

_____      _____

This verdict form must be signed by at least six of the eight jurors. Once this general verdict form has been signed, please notify the Court that you have completed your deliberations.

## CERTIFICATE OF SERVICE

I hereby certify that on November 26s, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail, to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Jan E. Hensel
                                                Jan E. Hensel

«CO2:266582_1»