## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Teresa Readnower, : | |
| : | |
| Plaintiff, : | |
| : | Case No. C-1-01-654 |
| vs. : | |
| : | Judge Weber |
| General Ionics, Inc., : | |
| : | |
| Defendant. : | |

_____

**MOTION OF DEFENDANT GENERAL IONICS, INC. FOR LEAVE TO FILE CORRECTED JURY INTERROGATORY *INSTANTER***
_____

Defendant General Ionics, Inc. hereby moves the Court for leave to file a corrected Jury Interrogatory, *instanter*. The correction to the Jury Interrogatories that were originally filed on November 26, 2003, is limited to the Jury Interrogatory No. 10. A Memorandum in Support of this Motion is submitted herewith.

Respectfully submitted,

/s/ Jan E. Hensel
Jan. E. Hensel (#0040785) TRIAL ATTORNEY
Joel H. Mirman (#0004904)
Kimberly Cocroft  (#0073146)
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio  43215-8120
jhensel@bdblaw.com
jmirman@bdblaw.com
Telephone: (614) 221-8448
Facsimile:  (614) 221-8590
Attorneys for Defendant, General Ionics, Inc.

**MEMORANDUM IN SUPPORT**

Defendant General Ionics, Inc. ("General Ionics") filed its Jury Interrogatories on November 26, 2003.  During the process of finalizing the interrogatories, one word was mistakenly omitted from Jury Interrogatory No. 10.  Specifically, that Interrogatory erroneously read:

"Do you find that Plaintiff Teresa Readnower suffered injury, damage or harm as a direct and proximate result of the conduct of Defendant General Ionics?"  The corrected Jury Interrogatory No. 10 is attached to this Motion as Exhibit 1 and does not change substantively the content of the Interrogatory filed with the Court on November 26, 2003.

Therefore, Defendant General Ionics, Inc. respectfully requests this Court for leave to file its Corrected Jury Interrogatory No. 10, *instanter*.

Respectfully submitted,

/s/ Jan E. Hensel
Jan. E. Hensel (#0040785) TRIAL ATTORNEY
Joel H. Mirman (#0004904)
Kimberly Cocroft  (#0073146)
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio  43215-8120
jhensel@bdblaw.com
jmirman@bdblaw.com
Telephone: (614) 221-8448
Facsimile:  (614) 221-8590
Attorneys for Defendant, General Ionics, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail, to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s/ Jan E. Hensel
Jan E. Hensel

«CO2:268609_1»