## JURY INTERROGATORY NO. 10

Do you find that Plaintiff Teresa Readnower suffered injury, damage or harm as a direct and proximate result of the improper conduct of Defendant General Ionics?

    YES        NO    **CIRCLE YOUR ANSWER IN INK**

If the answer of six or more jurors to Interrogatory No. 10 is "yes", move to Interrogatory No. 11. If the answer of six or more jurors to Interrogatory No. 10 is "no", do not answer the remaining interrogatories, sign the general verdict for the Defendant, and report to the Court that you have completed your deliberations.

11