# FREKING & BETZ
*Advocates for Employees*

RANDOLPH H. FREKING*
SHEILA M. SMITH
MARK W. NAPIER*
MARSHA CALLOWAY-CAMPBELL
CARRIE ATKINS BARRON**

215 EAST NINTH STREET
FIFTH FLOOR
CINCINNATI, OHIO 45202

TELEPHONE: (513) 721-1975
FACSIMILE: (513) 651-2570

RFreking@frekingandbetz.com

LESLIE ELIZABETH GHIZ
KELLY MULLOY MYERS*
MEGAN E. CLARK
GEORGE M. REUL, JR.
LEANNE R. MONTGOMERY

*Also Admitted in Kentucky

**Also Admitted in Indiana and Illinois

## FACSIMILE COVER SHEET

TO: Jan Hansel   FAX #: 614-221-8590

FROM: Randolph H. Freking   TIME: 6:12 pm

DATE: November 25, 2003   NO. OF PAGES: 5
(including cover sheet)

RE: Readnower v. GI

COMMENTS:

IF YOU SHOULD HAVE ANY PROBLEMS WITH THIS TELECOPY OR
HAVE ANY QUESTIONS REGARDING ITS RECIPIENT
PLEASE CALL (513) 721-1975

### CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGE

The information contained in this facsimile is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, distribution or copying of this communication is strictly prohibited.

# FREKING & BETZ
*Advocates for Employees*

| | | |
|---|---|---|
| RANDOLPH H. FREKING* | 215 EAST NINTH STREET | KELLY MULLOY MYERS* |
| SHEILA M. SMITH | FIFTH FLOOR | MEGAN E. CLARK |
| MARK W. NAPIER* | CINCINNATI, OHIO 45202 | GEORGE M. REUL, JR. |
| THOMAS A. JACKSON | | LEANNE R. MONTGOMERY |
| CHARLES T. MCGINNIS, III | *TELEPHONE:* 513-721-1975 | ANN KOIZE WITTENAUER |
| MARSHA CALLOWAY CAMPBELL | *FACSIMILE:* 513-651-2570 | TOD J. THOMPSON |
| CARRIE ATKINS BARRON** | | ELIZABETH S. LORING |
| LESLIE ELIZABETH GHIZ*** | www.frekingandbetz.com | |
| | | *Also Admitted in Kentucky |
| | | **Also Admitted in Indiana and Illinois |
| | Randy@frekingandbetz.com | ***Also Admitted in West Virginia |

November 25, 2003

**VIA FACSIMILE AND REGULAR U.S. MAIL**
(FAX: (614) 221-8590)

Jan E. Hensel, Esq.
Buckingham, Doolittle & Burroughs
191 W. Nationwide Blvd, Suite 300
Columbus, OH 43215

    Re:    <u>Teresa Readnower v. General Ionics. Inc.</u>
            Case No. C-1-01-654

Dear Jan:

    Enclosed please find the Notice of Videotape Trial Deposition of Jill W. Bley, which I mentioned in my telephone message to you.

    Please feel free to call with any questions or concerns.

                               Sincerely,

                               Randolph H. Freking

RHF/amc

cc:    Ms. Teresa Readnower

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA READNOWER | : | Case No. C-1-01-654 |
| | : | J. Weber |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NOTICE OF VIDEOTAPE |
| GENERAL IONICS, INC. | : | TRIAL DEPOSITION OF |
| | : | **JILL W. BLEY Ph.D.** |
| Defendant. | : | |

Plaintiff Teresa Readnower hereby gives notice for the taking of the trial deposition of JILL W. BLEY, Ph.D., upon oral examination at the medical offices of Jill W. Bley, Ph.D., 750 Redbud Avenue, Cincinnati, OH 45229, beginning at 8:30 a.m. on Friday, December 5, 2003.

Respectfully submitted,

/s/ Randolph H. Freking
Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Sheila M. Smith (0065115)
Trial Attorneys for Plaintiff Teresa Readnower
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975
*Mclark@frekingandbetz.com*
*Randy@frekingandbetz.com*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 25th day of November, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.

          /s/ Randolph H. Freking

Notices

1:01-cv-00654-HJW Readnower v. General Ionics Inc

## U.S. District Court [LIVE]

### LIVE - U.S. District Court, Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from Freking, Randolph entered on 11/25/2003 at 6:01 PM EST and filed on 11/25/2003

Case Name:        Readnower v. General Ionics Inc
Case Number:      1:01-cv-654
Filer:            Teresa Readnower
**Document Number:** 66

**Docket Text:**
NOTICE by Plaintiff Teresa Readnower *of Videotape Trial Deposition of Jill W. Bley Ph.D* (Freking, Randolph)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=11/25/2003] [FileNumber=83902-0]
[7adc5115912a0d4c6dd6bcddc04686a90a109f04727a9fb60c8c68cc0d60bb82ffcc
37e1af0526c7790eb66018bd084241a132669794aa2ea4d07f71104771f1]]

**1:01-cv-654 Notice will be electronically mailed to:**

Megan E Clark     mclark@frekingandbetz.com,
ccollins@frekingandbetz.com;copy@frekingandbetz.com

Randolph Harry Freking     randy@frekingandbetz.com,
acarpenter@frekingandbetz.com;copy@frekingandbetz.com

Jan Elizabeth Hensel     jhensel@bdblaw.com

Sheila M Smith     ssmith@frekingandbetz.com,
copy@frekingandbetz.com;bwhite@frekingandbetz.com

**1:01-cv-654 Notice will not be electronically mailed to:**