UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION CONFERENCE**

READNOWER,

v                                                                                    Civil: C-01-654

GENERAL IONICS INC.,


Court Personnel Present:

HONORABLE <u>HERMAN J. WEBER</u>

<u>Court Reporter J. Wolfer (Official)</u>

<u>Law Clerk: L. Ahern</u>

<u>Courtroom Deputy: Darlene Maury</u>

-----------------------------------------------------------------------------------------------------------
**Appearances:** R. Freking for Pltf; J. Mirman for Deft. (All participants via tele.conf.).


Case called for a Telephonic Motion Conference. Conference held in Chambers. Motion for Protective Order & Motion in Limine addressed. Order to issue.



Date: Thursday, December 4, 2003
TIME: 8:45 a.m. - 8:55 a.m.