UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA READNOWER,

        Plaintiff,

     v.                                       Case No. C-1-01-654

GENERAL IONICS, INC.,

        Defendant.

## ORDER

This matter is before the Court upon defendant's motion for protective order and motion in limine to prevent the videotape trial deposition of Jill W. Bley, PhD., scheduled for December 5, 2003 (doc. 70). The Court held a hearing on the motion on December 4, 2003. Pursuant to the record established at the hearing, defendant's motion is **DENIED.**

The matter is also before the Court upon defendant's motion for leave to file corrected jury interrogatory *instanter* (doc. 69). Defendant's motion is **GRANTED.**

    **IT IS SO ORDERED.**

                                                      S/ Herman J. Weber
                                                     HERMAN J. WEBER
                                  SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-654protord.wpd