UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA READNOWER          :   Case No. C-1-01-654
                          :   J. Weber
    Plaintiff,             :
                          :
vs.                       :
                          :
GENERAL IONICS, INC.      :   **PLAINTIFF'S SECOND**
                          :   **AMENDED EXHIBIT LIST**
    Defendant.             :

| Pltf. No. | Deft. No. | Date Issued | Date Offered | Obj. | Adm. | Description of Exhibits |
|---|---|---|---|---|---|---|
| 1. | | | | | | Curriculum Vitae of Jill W. Bley, Ph.D. |
| 2. | | | | | | Payroll Change Forms for Teresa Readnower |
| 3. | | | | | | Notes from 8/30/00 Meeting |
| 4. | | | | | | Memoranda and Warnings to Telemarketing Employees Regarding Drug and Alcohol Policy |
| 5. | | | | | | 9/12/00 Letter to Dan Goins from Dr. Ronald Schneider with Readnower's Treatment Instructions |
| 6. | | | | | | 9/14/00 Mercy Ambulatory Surgery Center Endoscopy Discharge Instructions |
| 7. | | | | | | 9/23/00 Letter to Jack Bredel from Teresa Readnower |
| 8. | | | | | | Notes from Meetings Regarding Teresa Readnower Dated 10/9/00 to 1/24/01 |
| 9. | | | | | | Notes From 10/10/00 and 10/11/00 Meetings |
| 10. | | | | | | Goins' Notes and Memorandum Regarding Teresa Readnower |
| 11. | | | | | | 10/13/00 Letter to David McKinley from Carrie Atkins Barron |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. | | | | | | 10/19/00 Letter to Carrie Atkins Barron from David McKinley |
| 13. | | | | | | 10/23/00 Letter to David McKinley from Carrie Atkins Barron |
| 14. | | | | | | 11/6/00 Statements |
| 15. | | | | | | 11/14/00 Letter to Teresa Readnower from Brian Barnes |
| 16. | | | | | | FMLA Documents |
| 17. | | | | | | Dr. Diller's Treatment Notes |
| 18. | | | | | | Charge of Discrimination |
| 19. | | | | | | 1/25/01 Statements |
| 20. | | | | | | 1998-2001 Employee Data Calendars |
| 21. | | | | | | Separation Package Offered to Teresa Readnower 1/25/01 |
| 22. | | | | | | Goins' Notes |
| 23. | | | | | | Affidavit of Julie Seger |
| 24. | | | | | | Defendant's Responses to Plaintiff's First Set of Interrogatories |
| 25. | | | | | | Defendant's Revised Answer to Plaintiff's Interrogatory No. 6(a) |
| 26. | | | | | | Defendant's Corrected Revised Answer to Plaintiff's Interrogatory No. 6(a) |
| 27. | | | | | | Benefits Information |
| 28. | | | | | | Policy Statements |
| 29. | | | | | | General Ionics Financial Records |