# MERCY AMBULATORY SURGERY CENTER

## ENDOSCOPY DISCHARGE INSTRUCTIONS

Your procedure was: _____ esophagogastroduodenoscopy    _____ bronchoscopy
                    ✓    colonoscopy                    _____ flexible sigmoidoscopy
                    _____ endoscopic retrogradecholangiopancreatography

✓ You may experience some light headedness for the next several hours. We suggest you plan on quiet relaxation for the rest of the day. A responsible adult needs to stay with you today.

✓ Because of the sedation you have received, it is recommended that you do not drive a motor vehicle, operate any kind of machinery, or sign any contractual agreement for 24 hours following this procedure.

✓ You should not take any alcoholic beverages, including beer, tonight, and only take sleeping medication that has been specifically prescribed for you by your physician.

✓ Eat bland foods for today, avoiding anything greasy or spicy. Gradually progress yourself back to your regular diet.

✓ Starting tomorrow, observe high fiber diet as requested by your physician.

✓ If you have any of the following problems, notify your physician or return to the hospital emergency room: fever, chills, excessive bleeding, excessive vomiting, difficulty swallowing, uncontrolled pain, increased abdominal distention, or any other problems.

_____ If you had a polyp removed, avoid strenuous activity for 48 hours, and avoid the use of aspirin or related compounds for one week.

_____ If you have a sore throat, you may use lozenges or salt water gargles.

_____ If you had a bronchoscopy and you experience sudden or continued shortness of breath, chest pain, spitting up or vomiting blood, or other such problems, notify your physician or return to the hospital emergency room.

✓ Call Dr. **Schneider** on **Monday** at **860 4801** for pathology results and/or follow up appointment. **in 2 weeks**

**PLAINTIFF'S EXHIBIT 6**

Prescriptions: _____

PHYSICIAN'S SIGNATURE: _____

DATE: 9/14/00

WITNESS: *Bachariax RN*

SIGNATURE: X _____

RELATIONSHIP: X Husband