FILED
JAMES BONINI
CLERK

03 DEC -8 AM 9: 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERESA READNOWER | Case No. C-1-01-654 |
| | J. Weber |
| Plaintiff, | |
| vs. | |
| GENERAL IONICS, INC. | **NOTICE OF FILING DEPOSITION** |
| | **TRANSCRIPT OF JILL W. BLEY, Ph.D.** |
| Defendant. | |

Plaintiff Teresa Readnower hereby provides notice of the filing of the deposition transcript of Jill W. Bley, Ph.D. in the above-captioned matter.

Respectfully submitted,

*/s/*

Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Sheila M. Smith (0065115)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon Jan E. Hensel, Esq., Buckingham Doolittle & Burroughs, LLP, 191 West Nationwide Boulevard, Suite 300, Columbus, OH 43215, by hand delivery this 8th day of December, 2003.

*/s/*