UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES - JURY TRIAL

TERESA READNOW

     -vs-                                       C-1-01-654

GENERAL IONICS, INC.

-------------------------------------------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER_____

Law Clerk Laura Ahern_____

Court Reporter Julie A. Wolfer (Official)_____

Courtroom Deputy Darlene Maury/Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Megan Clark/Randolph Freking
FOR DEFENDANT: Joel Mirman/Jan Hensel

**DATE:** Monday, December 8, 2003
**TIME**:  9:00 a.m. - 11:15 a.m. (Voir Dire)
          11:15 a.m. - 12:30 p.m. (Lunch recess)
          12:30 p.m. - 1:15 p.m. (Matters outside presence of jury)
          1:20 p.m. - 2:11 p.m. (Plaintiff's opening statement)
          2:12 p.m. - 2:38 p.m. (Defendant's opening statement)
          3:00 p.m. - 4:30 p.m. (Plaintiff's evidence begins and court recessed)

**DOCKET ENTRY:**

Case called before J. Weber for **1st day of JURY TRIAL.**  Voir Dire and Jury impanelment.
Opening Statements.  Plaintiff's evidence begins.  Court recessed until 9:00 a.m. Tuesday,
December 9, 2003.

WITNESSES:        Julie Seger

J:\DOCUMENT\KAREN\CIVIL\TRIAL.JUR\READNOWER\01-654.1STDAY.wpd