UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - JURY TRIAL**

TERESA READNOW
    -vs-                                                                                                C-1-01-654
GENERAL IONICS, INC.
-----------------------------------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Megan Clark/Randolph Freking
FOR DEFENDANT: Joel Mirman/Jan Hensel

**DATE:** Tuesday, December 9, 2003
**TIME**:  9:00 a.m. - 11:30.m. (Plaintiff's case continues)
      11:30.m. - 12:45 p.m. (Lunch recess)
      12:45 p.m. - 4:30 p.m. (Plaintiff's case continues)
      4:30 p.m. - 5:25 p.m. (Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **2nd day of JURY TRIAL.** Plaintiff's evidence continues. Court recessed until 9:00 a.m. Wednesday, December 10, 2003.

WITNESSES:     Dr. Philllip Diller
                         David McKinley
                         Barry Bailey
                         Daniel Goins
                         Teresa Readnower

J:\DOCUMENT\KAREN\CIVIL\TRIAL.JUR\READNOWER\01-654.day2.wpd