UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - JURY TRIAL**

TERESA READNOW
    -vs-                                               C-1-01-654
GENERAL IONICS, INC.

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Megan Clark/Randolph Freking
FOR DEFENDANT: Joel Mirman/Jan Hensel

**DATE:** Wednesday, December 10, 2003
**TIME**:  9:00 a.m. - 9:30 a.m. (Matters outside presence of jury)
       9:30 a.m. -  (Plaintiff's case continues)
      11:30.m. - 12:45 p.m. (Lunch recess)
      12:45 p.m. - 3:40 p.m. (Plaintiff's case continues)
      3:40 p.m. - 4:40 p.m. (Plaintiff's exhibits admitted/Motion argued)

**DOCKET ENTRY:**

Case called before J. Weber for **3rd day of JURY TRIAL.** Plaintiff's evidence continues. Plantiff's exhibits admitted.  Motion for Judgment as a Matter of Law argued.  Order to issue. Court recessed until 9:00 a.m. Thursday, December 11, 2003.

WITNESSES:     Teresa Readnower
                         Daniel Goins
                         Charlotte Ray
                         Julie Seger
                         Dr. Jill Bley

J:\DOCUMENT\KAREN\CIVIL\TRIAL.JUR\READNOWER\01-654.day3.wpd