UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES - JURY TRIAL

TERESA READNOW
    -vs-                                                                                                                  C-1-01-654
GENERAL IONICS, INC.

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Megan Clark/Randolph Freking
FOR DEFENDANT: Joel Mirman/Jan Hensel

**DATE:** Thursday, December 11, 2003
**TIME**: 9:00 a.m. - 12:05 p.m. (Plaintiff rests/Defense case begins/court recessed)

**DOCKET ENTRY:**

Case called before J. Weber for **4th day of JURY TRIAL.** Plaintiff rests. Defense case begins. Court recessed until 9:00 a.m. Monday, December 15, 2003.

WITNESSES:       Julie Seger


J:\DOCUMENT\KAREN\CIVIL\TRIAL.JUR\READNOWER\01-654.day4.wpd