UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - JURY TRIAL**

TERESA READNOW
    -vs-                                                                     C-1-01-654
GENERAL IONICS, INC.

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Megan Clark/Randolph Freking
FOR DEFENDANT: Joel Mirman/Jan Hensel

**DATE:** Monday, December 15, 2003
**TIME**: 9:00 a.m. - 12:00 p.m. (Defense case continues)
       12:00 p.m. - 1:15 p.m. (Lunch recess)
       1:15 p.m. - 1:50 p.m. (Defense case continues/Jury released)
       1:50 p.m. - 3:45 p.m. (Defense exhibits admitted/Defense rests/no rebuttal/motion argument/other matters/Court recessed)

**DOCKET ENTRY:**

Case called before J. Weber for **5th day of JURY TRIAL.** Defense case continues. Jury released. Defense exhibits admitted. Defense rests. No rebuttal. Motion argued. Jury released until Tuesday, December 16, 2003 at 10:30 a.m.

WITNESSES:      Julie Seger
                          Daniel Goins
                          Tammy A. Long
                          Tina M. Wade
                          Valinda Daniels

J:\DOCUMENT\KAREN\CIVIL\TRIAL.JUR\READNOWER\01-654.day5.wpd