UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA READNOWER,

        Plaintiff

    v.                              Civil: C-1-01-654

GENERAL IONICS, INC.,

        Defendant

### ORDER

The United States Marshal Service is hereby authorized to provide lunch for the 8 jurors deliberating in the above-captioned case beginning Wednesday, December 17, 2003 until a verdict is returned.

**IT IS SO ORDERED.**

                                          _____
                                          Herman J. Weber, Judge
                                          United States District Court