UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - JURY TRIAL**

TERESA READNOW
    -vs-                                                         C-1-01-654
GENERAL IONICS, INC.

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier

**PRESENT:**

FOR PLAINTIFF: Megan Clark/Randolph Freking
FOR DEFENDANT: Joel Mirman/Jan Hensel

**DATE:** Tuesday, December 16, 2003
**TIME**: 8:30 a.m. - 11:00 a.m. (Charge Conference)
      11:06 a.m. - 11:55 a.m. (Charge to Jury)
      12:00 p.m. - 1:00 p.m.  (Lunch recess)
      1:10 p.m. - 2:06 p.m. (Plaintiff's closing argument)
      2:30 p.m. - 3:45 p.m. (Defendant's closing argument)
      3:13 p.m. - 3:30 p.m. (Rebuttal)
      3:30 p.m. - 3:35 p.m. (Final charge to Jury)
      3:35 p.m. - 5:15 p.m. (Deliberations begin/court recessed)
      5:15 p.m. - 5:30 p.m. (Matters outside presence of jury)

**DOCKET ENTRY:**

Case called before J. Weber for **6th day of JURY TRIAL.** Charge conference. Charge to Jury. Closing arguments.  Court recessed until Wednesday, December 17, 2003 at 9:00 a.m. and deliberations continue.


J:\DOCUMENT\KAREN\CIVIL\TRIAL.JUR\READNOWER\01-654.day6.wpd