UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - JURY TRIAL**

TERESA READNOW
    -vs-                                                                             C-1-01-654
GENERAL IONICS, INC.

-------------------------------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern
Court Reporter Julie A. Wolfer (Official)
Courtroom Deputy Betsi Brockmeier/Darlene Maury

**PRESENT:**

FOR PLAINTIFF: Megan Clark/Randolph Freking
FOR DEFENDANT: Joel Mirman/Jan Hensel

**DATE:** Wednesday, December 17, 2003
**TIME**: 9:00 a.m. - 1:30 p.m. (Deliberations continue/return of verdict/Court adjourned)

**DOCKET ENTRY:**

Case called before J. Weber for **7th day of JURY TRIAL.** Jury deliberations continue. Return of verdict. Briefing schedule established. Order to issue.


J:\DOCUMENT\KAREN\CIVIL\TRIAL.JUR\READNOWER\01-654.day7.wpd