UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA READNOWER,

        Plaintiff

    v.                                    C-1-01-654

IONICS, INC.,

        Defendant

### SPECIAL VERDICTS

We, the jury, unanimously determine our Special Verdict as follows:

1.    Did plaintiff prove by the preponderance of the legal evidence that she engaged in protected activity by opposing unlawful employment discrimination by defendant?

        __X__ YES        _____ NO

Proceed to answer Special Verdict No. 2.


2.    Did plaintiff prove by the preponderance of the legal evidence that she engaged in protected activity by exercising her rights under the Family and Medical Leave Act?

        __X__ YES        _____ NO

-2-

IF YOU ANSWERED **YES** TO EITHER SPECIAL VERDICT NO. 1 OR SPECIAL VERDICT NO. 2, PROCEED TO SPECIAL VERDICT NO. 3. IF YOU ANSWERED **NO** TO BOTH SPECIAL VERDICT NO. 1 AND SPECIAL VERDICT NO. 2, PROCEED TO SIGN THE SPECIAL VERDICT FORM.

3. Did plaintiff prove by the preponderance of the legal evidence that defendant knew plaintiff engaged in protected activity?

    __X__ YES       _____ NO

IF YOU ANSWERED **YES** TO SPECIAL VERDICT NO. 3, PROCEED TO SPECIAL VERDICT NO. 4. IF YOU ANSWERED **NO** TO SPECIAL VERDICT NO. 3, PROCEED TO SIGN THE SPECIAL VERDICT FORM.

4   Did plaintiff prove by the preponderance of the legal evidence that there was a causal connection between plaintiff's opposition to unlawful employment discrimination and the termination of her employment?

    __X__ YES       _____ NO

Proceed to answer Special Verdict No. 5.

5. Did plaintiff prove by the preponderance of the legal evidence that there was a causal connection between the exercise of plaintiff's rights under the Family and Medical Leave Act and the termination of her employment?

_____ YES   ___X___ NO

IF YOU ANSWERED **YES** TO EITHER SPECIAL VERDICT NO. 4 OR SPECIAL VERDICT NO. 5, PROCEED TO SPECIAL VERDICT NO. 6. IF YOU ANSWERED **NO** TO BOTH SPECIAL VERDICT NO. 4 AND SPECIAL VERDICT NO. 5, PROCEED TO SIGN THE SPECIAL VERDICT FORM.

6. Did plaintiff prove by the preponderance of the legal evidence that the reasons given by defendant for terminating plaintiff's employment were pretextual?

___X___ YES   _____ NO

IF YOU ANSWERED **YES** TO SPECIAL VERDICT NO. 6, PROCEED TO SPECIAL VERDICT NO. 7. IF YOU ANSWERED **NO** TO SPECIAL VERDICT NO. 6, PROCEED TO SIGN THE SPECIAL VERDICT FORM.

-4-

7. What amounts of damages, if any, did plaintiff prove by the preponderance of the legal evidence were directly caused by defendant's termination of her employment?

    a. Back pay                 $128,320.00

    b. Front pay               0

    c. Other Compensatory Damages    0

8. Did defendant prove by the preponderance of the legal evidence that plaintiff failed to mitigate her damages?

    _____ YES      __X__ NO

IF YOU ANSWERED **YES** TO SPECIAL VERDICT NO. 8, PROCEED TO SPECIAL VERDICT NO. 9. IF YOU ANSWERED **NO** TO SPECIAL VERDICT NO. 8, DO NOT ANSWER SPECIAL VERDICT NO. 9 AND PROCEED TO SPECIAL VERDICT NO. 10.

9. What is the amount defendant proved by the preponderance of the legal evidence should be deducted from plaintiff's damages because of plaintiff's failure to mitigate her damages?

                 $ 0

-5-

10. Did plaintiff prove by clear and convincing legal evidence that defendant terminated plaintiff's employment with actual malice or with reckless indifference to plaintiff's known rights?

_____ YES    \_\_\_X\_\_\_ NO

IF YOU ANSWERED **YES** TO SPECIAL VERDICT NO. 10, PROCEED TO SPECIAL VERDICT NO. 11.  IF YOU ANSWERED **NO** TO SPECIAL VERDICT NO. 10, PROCEED TO SIGN THE VERDICT FORM.

-6-

11. What amount of money, if any, do you award to plaintiff for punitive damages

    a) because she was terminated in retaliation for exercising her rights under the Family and Medical Leave Act:

$ _____0_____

    b) because she was terminated in retaliation for other protected activity:

$ _____0_____

*Gloria J Chase*
*Annette Calvijon*
*Barbara Sue Hoop*
*Betty Bally*

*Josephine Hayun*
*Karen Meya*
*Linda Alexis*
*Mary K. Green*

Date 12/17/03