IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA READNOWER,

    Plaintiff

v                              Civil C-1-01-654

IONICS, INC.,
    Defendant.

## ORDER

Pursuant to the record established on December 17, 2003, counsel for Plaintiff shall file their brief on attorney fees on or before January 9, 2004. Counsel for defense shall file their reply on or before January 20, 2004. This matter is hereby SCHEDULED for Hearing on Thursday, February 5, 2004 at 1:30 p.m.

**IT IS SO ORDERED.**

                              **s/Herman J. Weber**
                              **Herman J. Weber, Senior Judge**
                              **United States District Court**