UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL MINUTES - HEARING**

TERESA READNOWER
    v.                                            CIVIL ACTION: C-1-01-654
GENERAL IONICS, INC.

----------------------------------------------------------------------------------------------------------------------

COURT PERSONNEL PRESENT:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

DATE: Thursday, February 5, 2004
TIME: 1:30 p.m. -2:25 p.m.

PRESENT:

FOR PLAINTIFF: Megan E. Clark and Randolph Freking
FOR DEFENDANT: Jan Hensel

**DOCKET ENTRY**:

Case called before J. Weber for hearing on Attorney Fees. **Oral Argument of Counsel.  Order to issue.**

**J:\HJWB\01-654.wpd**