**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

TERESA READNOWER,

    Plaintiff,

-vs-                                                          Case No. C-1-01-654

GENERAL IONICS, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **X** | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Jury Verdict and the Order Granting Plaintiff's application for attorney fees and costs. Judgment is hereby entered for Plaintiff.

Date: April 20, 2004                                            JAMES BONINI., CLERK

                                                                                 By: s/ Darlene Maury
                                                                                  Darlene Maury, Deputy Clerk