UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA READNOWER | : | Case No. C-1-01-654 |
| | : | J. Weber |
| Plaintiff, | : | |
| | : | |
| vs. | : | **UNOPPOSED MOTION FOR** |
| | : | **EXTENSION OF TIME** |
| GENERAL IONICS, INC. | : | |
| | : | |
| Defendant. | : | |

Comes now Plaintiff Teresa Readnower and requests a 2-day extension of time, until May 26, 2004, to respond to the pending Motion for Judgment as a Matter of Law. Attorney Hensel, Counsel for Defendant General Ionics, Inc., has agreed not to oppose this request. An entry to this effect will be emailed to Weber_chambers@ohsd.uscourts.gov.

Respectfully submitted,

_____/s/ Megan E. Clark_____
Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff Teresa Readnower
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 24, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

                               /s/ Megan E. Clark