**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| TERESA READNOWER | : | Case No. C-1-01-654 |
| | : | J. Weber |
| Plaintiff, | : | |
| | : | |
| vs. | : | **ENTRY** |
| | : | |
| GENERAL IONICS, INC. | : | |
| | : | |
| Defendant. | : | |

This Court hereby GRANTS the Plaintiff's Motion for Extension of Time (#97).


_____s/Herman J. Weber_____

THE HON. HERMAN J. WEBER