UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA READNOWER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. C-1-01-654 |
| vs. | : | |
| | : | Judge Weber |
| GENERAL IONICS, INC., | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant General Ionics, Inc., hereby requests a two-week extension of time, until June 21, 2004 to file its Reply Memorandum in Support of its Motion for Judgment as a Matter of Law. Attorney Clark, Counsel for Plaintiff Teresa Readnower, has agreed not to oppose this request. The reason for the request is to allow the parties sufficient time to continue settlement discussions. An entry to this effect will be e-mailed to Weber_chambers@ohsd.uscourts.gov.

Respectfully submitted,

         /s/ Jan E.Hensel
Jan E. Hensel (#0040785)  TRIAL ATTORNEY
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215-3506
Phone: (614) 221-8448  Fax: (614) 221-8590
E-mail:  jhensel@bdblaw.com
Attorneys for Defendant, General Ionics

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 7, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail, to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Jan E. Hensel
    Jan E. Hensel