# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TERESA READNOWER, | : |
| | : |
| Plaintiff, | : |
| | : Case No. C-1-01-654 |
| vs. | : |
| | : Judge Weber |
| GENERAL IONICS, INC., | : |
| | : |
| Defendant. | : |

**ENTRY**

This Court hereby **GRANTS** the Defendant's Motion for Extension of Time to file its Reply Memorandum in Support of its Motion for Judgment as a Matter of Law. Reply Memorandum shall be filed by June 21, 2004.

                                            s/Herman J. Weber
                                   THE HON. HERMAN J. WEBER