UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERESA READNOWER, | : |
| Plaintiff, | : |
| | : Case No. C-1-01-654 |
| vs. | : |
| | : Judge Weber |
| GENERAL IONICS, INC., | : |
| Defendant. | : |

### NOTICE OF APPEAL

Notice is hereby given that Defendant, General Ionics, Inc., hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 20th day of April, 2004, and the Order denying Defendant's Motion for Judgment as a Matter of Law entered in this matter on July 30, 2004.

Respectfully submitted,

*Jan E Hensel*

Jan E. Hensel (#0040785)  TRIAL ATTORNEY
BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215-3506
Phone: (614) 221-8448  Fax: (614) 221-8590
E-mail: jhensel@bdblaw.com
Attorneys for Defendant, General Ionics

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2004, a copy of the foregoing Notice of Appeal was sent via regular U.S. Mail, postage prepaid, to Randy Freking, Attorney for Plaintiff, Freking & Betz, 215 E. 9th Street, 5th Floor, Cincinnati, Ohio 45202.

*Jan E Hensel*
Jan E. Hensel