Fri Aug 27 14:56:38 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 423983
Cashier        sjl

Check Number: 130466

DO Code    Div No
4661       1

| Sub Acct | Type | Tender | Amount |
|----------|------|--------|--------|
| 1:086900 | N    | 2      | 105.00 |
| 2:510000 | N    | 2      | 150.00 |

Total Amount        $    255.00

BUCKINGHAM & BURROUGHS

NOTICE OF APPEAL C-1-01-654

Fri Aug 27 14:56:38 2004

Check No.   130466
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661