# TRANSMISSION FORM

ECF  9-1-04                                                                     MND

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:01-cv-654 | Court of Appeals Case No: 04-4081 |
| SHORT CAPTION | Teresa Readnower | Case Manager: MICHELLE DAVIS |
| Plaintiff/Petitioner | vs. General Ionics Inc | Date Filed: FILED SEP - 2 2004 LEONARD GREEN, Cler |
| Defendant/Respondent | *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | Weber | Anything That Needs Special Attention |
| Court Reporter(s): | Julie Wolfer | |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 8-31-04 | |
| $255.00 Appeal Filing Fee Paid?   YES | | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)      ___Volume(s)

Deposition(s)    ___Volume(s)      Exhibit(s)      ___ Volume(s)

Transcript(s)    ___Volume(s)      **Sealed**      ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court