UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA READNOWER, | : | Case No. C-1-01-654 |
| | : | Judge Weber |
| Plaintiff, | : | |
| | : | |
| vs. | : | **NOTICE OF** |
| | : | **SATISFACTION OF JUDGMENT** |
| GENERAL IONICS, INC., | : | |
| | : | |
| Defendant. | : | |

Comes now counsel on behalf of Plaintiff Teresa Readnower to provide notice that the judgment in this matter has been fully satisfied.

Respectfully submitted,

/s/ Megan E. Clark
Megan E. Clark (0065159)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
Freking & Betz
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975
(513) 651-2570 (fax)
mclark@frekingandbetz.com
randy@frekingandbetz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Megan E. Clark