No. 04-4081

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

NOV - 2 2004

LEONARD GREEN, Clerk

| | | |
|---|---|---|
| TERESA REDNOWER | : | |
| | : | |
| Plaintiff-Appellee, | : | |
| | : | |
| v. | : | <u>ORDER</u> |
| | : | |
| GENERAL IONIES INC. | : | 1:01cv654 |
| | : | |
| Defendant-Appellant. | : | |

: : : : : :

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of

Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk