IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

READNOWER

V

GENERAL IONICS

CIVIL ACTION: C-1-01-654

JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the trial Exhibits with (2) VHS tapes submitted on behalf of my client in the above styled case.

_____
1/10/04
Date

_____
M. Clark, Counsel for Plaintiff